# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TONYA L. SANDERS**                                                                                   **PLAINTIFF**

V.                                    NO. 3:20CV00268-BRW-JTR

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 13) submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Tonya Sanders's Complaint (Doc. No. 2) is DISMISSED, with prejudice.

IT IS SO ORDERED this 22nd day of November, 2021.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE