# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TONYA L. SANDERS**                                                              **PLAINTIFF**

**V.**                 **NO. 3:20CV00268-BRW-JTR**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                     **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED with prejudice.

Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 22nd day of November, 2021.

                                                      Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE